UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 06-119-FJP-DLD

KENNETH J. HUNT                           CIVIL ACTION NO.  08-845-FJP

**<u>RULING</u>**

The defendant has filed a motion to correct sentence.[1]  The motion is DENIED.

USSG § 1B1.10(a) of the United States Sentencing Guidelines provides that only certain amendments to the guidelines may be applied to lower a sentencing range of a defendant serving a term of imprisonment.  These specific amendments are set forth in USSG § B1.10(c).  It is clear that Amendment 709 is not one of the specific amendments set forth in subsection (c), and therefore Amendment 709 may not be applied to the defendant's sentence under the facts of this case.

Since the Court may not retroactively apply Amendment 709, this Court cannot lower the defendant's sentence pursuant to 18 U.S.C. § 3582(c).  Therefore, defendant's motion is DENIED.[2]

---

[1] Rec. Doc. No. 38.

[2] Because this Court may not reduce the defendant's sentence, it is not necessary for the Court to determine whether Amendment 709 would actually result in a decrease in the defendant's sentence.

Doc#44076

Baton Rouge, Louisiana, March 4, 2009.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA